MINNIE HIRSCHBERG, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SEIDLITZ & VAN BAARN, INC., Appellant, v. MITCHELL L. ERLANGER, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ROMAN J. IRWIN, INC., Respondent, v. WILLIAM T. NEAL, Trading under the Name of NEAL FLORAL COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SOL KARP and Others, Respondents, v. PATHE EXCHANGE, INC., and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

KLASKO FINANCE CORPORATION and CHARLES KIMMELMAN, Appellants, v. BELLEAIRE HOTEL CORPORATION and CHARLES M. BELLAK, Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JULIUS OPPENHEIMER, Respondent, v. POSTAL BOND & MORTGAGE CO., INC., Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EVA J. BRUMMER, Respondent, v. ROBERT I. BLACKMAN and IRVING TRUST COMPANY OF NEW YORK, as Administrators, etc., of SARAH J. BRUMMER, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Election of SAMUEL FALICK, as Director of J. GERSEN & CO., INC.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of ANNA WALKER and Another against JOHN R. VOORHIS and Others.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.